**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

THEODORE M. WASHINGTON, II
  an individual,

    Plaintiff,

v.                                Case No. 6:22-cv-00835-CEM-EJK

CITY OF ORLANDO, FLORIDA,
  a Florida municipality,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL
## AND DESIGNATION OF E-MAIL ADDRESSES

    Defendant, THE CITY OF ORLANDO, (hereinafter "Defendant") by and through undersigned counsel, hereby files and serves the above-styled Notice and respectfully states as follows:

    1.    Defendant hereby gives notice that Susan Potter Norton with Allen Norton & Blue P.A., will be substituting for Mr. Sugerman who is no longer with the Firm.

    2.    Accordingly, Defendant herby notifies the Court that all pleadings, motions, correspondence, discovery material, and all other papers in this action should be served and/or forwarded to Ms. Norton, in addition to the remaining attorneys present in this case.

    3.    Defendant has approved the substitution.

    4.    In addition, the undersigned counsel hereby designates the following e-mail addresses for purposes of service of all documents required to be served on Defendant pursuant thereto in this proceeding:

        Primary e-mail address:        snorton@anblaw.com

SPDN-868764429-3128451

Secondary e-mail address:       lgonzalez@anblaw.com

Secondary e-mail address:       pleadings@anblaw.com

|  |  |
|---|---|
| Dated: August 15, 2022 | Respectfully submitted,<br><br>/s/ Susan Potter Norton<br>Susan Potter Norton<br>Florida Bar No. 201847<br>snorton@anblaw.com<br>pleadings@anblaw.com<br>**Allen, Norton & Blue, P.A.**<br>121 Majorca Avenue, Suite 300<br>Coral Gables, FL 33134<br>Tel: (305) 445-7801<br>Fax: (305) 442-1578<br>*Counsel for Defendant The City of Orlando*<br><br>Sarah H. McDonald, Esq.<br>Florida Bar No. 519022<br>City of Orlando<br>400 South Orange Avenue<br>Orlando, Florida 32801<br>(407) 246-3470<br>(407) 246-2854 (fax)<br>sarah.mcdonald@cityoforlando.net<br>penny.robinson@cityoforlando.net |

2

SPDN-868764429-3128451

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on August 15, 2022, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to:

Bradley A. Tobin, Esquire
Tobin Law Group, PL
13043 W. Linebaugh Ave.
Tampa, Florida 33626
Phone: (813) 452-6199
Fax: (813) 830-7200
btobin@tobinlawgroup.com

                                             */s/ Susan Potter Norton*
                                             Attorney

SPDN-868764429-3128451