## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**THEODORE M. WASHINGTON, II,**
  an individual,

    Plaintiff,

v.                                           **Case No. 6:22-cv-00835-CEM-EJK**

**CITY OF ORLANDO, FLORIDA,**
  a Florida municipality,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

    The Plaintiff, THEODORE M. WASHINGTON, II, by and through undersigned counsel, and upon agreement with counsel for Defendant, CITY OF ORLANDO, FLORIDA, hereby files this Notice of Settlement pursuant to Local Rule 3.08(a) and the final execution of a Settlement Agreement, and prays that the Court administratively close this file subject to the provisions of Local Rule 3.08(b).

## CERTIFICATE OF SERVICE

    I hereby certify that on August 9, 2023, a copy of the foregoing Notice of Settlement was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

                                               Respectfully submitted,

                                               **TOBIN LAW GROUP, PL**
                                               */s/ Bradley A. Tobin*
                                               Bradley A. Tobin
                                               Florida Bar No. 0101818
                                               btobin@tobinlawgroup.com
                                               Westchase Commons
                                               13043 West Linebaugh Ave.
                                               Tampa, Florida 33626
                                               Tel: (813) 452-6199
                                               Fax (813) 830-7200
                                               Attorney(s) for Plaintiff.